United States Bankruptcy Court
Northern District of New York
All Divisions

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  James and Wendy Pokrzywa

Case No.: 13-31283

Division: Syracuse

Adversary Proceeding No. (if applicable):

☐  Adjournment Request[2] for Hearing on Motion at Docket No.: _____

   Reason for Adjournment Request:

   Original Return Date of Motion:

   Number of prior adjournment request that have been made _____

☒  Notification of Withdrawal of  ☒ Motion;  ☐ Opposition/Response;  ☐ Other: _____
   at Docket No.: _____18_____

☐  Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:  10/8/13

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
   Peter A. Orville, Esq.
   30 Riverside Drive
   Binghamton, NY  13905
   607-770-1007

Consent of All Parties Obtained?    ☒  Yes  ☐  No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc: Mark W. Swimelar, Trustee
     **This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior
     to the Hearing.  When E-Filing, This Form Must Be Linked to the
     Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)