# United States Bankruptcy Court
## For The
## Northern District of New York

| | | CASE No. 13-31283 |
|---|---|---|
| **IN RE:** | JAMES & WENDY POKRZYWA | |
| | 28 CHESTNUT STREET | SS #1  XXX-XX-8342 |
| | SENECA FALLS, NY 13148 | SS #2  XXX-XX-0839 |

### NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001-1 | WELLS FARGO BANK NA / DBA WELLS FARGO DEALER SERVICES | 14,770.98 | | Unsecured |
| | PO BOX 19657 / IRVINE, CA 92623-9657 | | | |
| 002-1 | SAVANNAH BANK NA / C/O ROBERT P. ROTHMAN, P.C. | 25,976.39 | | DirectPay |
| | 120 E. WASHINGTON STREET, SUITE 107 / SYRACUSE, NY 13202 | | | 25,000.00 |
| 003-1 | AMERICU / 1916 BLACK RIVER ROAD | 7,070.64 | | Unsecured |
| | ROME, NY 13440-2498 | | | |
| 004-1 | GUTHRIE MEDICAL GROUP / % BOWES LAW FIRM, PLLC | 930.40 | | Unsecured |
| | PO BOX 1540 / CORNING, NY 14830 | | | |
| 005-1 | ROBERT PACKER HOSPITAL / BOWES LAW FIRM, PLLC | 290.00 | | Unsecured |
| | PO BOX 1540 / CORNING, NY 14830 | | | |
| 006-1 | HYUNDAI MOTOR FINANCE COMPANY / PO BOX 20809 | 19,525.63 | | DirectPay |
| | FOUNTAIN VALLEY, CA 92728-0809 | | | 22,000.00 |
| 007-1 | ECAST SETTLEMENT CORPORATION / PO BOX 29262 | 8,105.27 | | Unsecured |
| | NEW YORK, NY 10087-9262 | | | |
| 008-1 | LVNV FUNDING LLC / % RESURGENT CAPITAL SRVS | 5,269.93 | | Unsecured |
| | PO BOX 10587 / GREENVILLE, SC 29603-0587 | | | |
| 009-1 | ECAST SETTLEMENT CORP / C/O BASS & ASSOC P C | 1,370.00 | | Secured |
| | 3936 E FT LOWELL SUITE 200 / TUCSON, AZ 85712 | | | 1,370.00 |
| 009-1 | ECAST SETTLEMENT CORP / C/O BASS & ASSOC P C | 941.71 | | Unsecured |
| | 3936 E FT LOWELL SUITE 200 / TUCSON, AZ 85712 | | | |
| 010-1 | ECAST SETTLEMENT CORP / C/O BASS & ASSOC P C | 4,985.00 | | Secured |
| | 3936 E FT LOWELL SUITE 200 / TUCSON, AZ 85712 | | | 4,985.00 |
| 010-1 | ECAST SETTLEMENT CORP / C/O BASS & ASSOC P C | 3,367.24 | | Unsecured |
| | 3936 E FT LOWELL SUITE 200 / TUCSON, AZ 85712 | | | |
| 401 | GMAC / PO BOX 4622 | None | | DirectPay |
| | WATERLOO, IA 50704-4622 | | | 118,000.00 |
| | PETER A ORVILLE ESQ | 2,968.00 | | Debtor's Attorney |
| | 30 RIVERSIDE DRIVE | | | |
| | BINGHAMTON, NY 13905 | | | |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  02/28/2014          /s/Jennifer Scrafford

# United States Bankruptcy Court
## For The
## Northern District of New York

**IN RE:**
JAMES & WENDY POKRZYWA
28 CHESTNUT STREET
SENECA FALLS, NY 13148

CASE No. 13-31283
SS #1  XXX-XX-8342
SS #2  XXX-XX-0839

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 403 | ROBERT P ROTHMAN PC / 120 E WASHINGTON STREET SUITE 107 / SYRACUSE, NY 13202-4093 | None | | Not Filed |
| 406 | FULTON, FRIEDMAN & GULLACE LLP / 500 FIRST FEDERAL PLAZA ROCHESTER, NY 14614 | None | | Not Filed |
| 407 | GEMB FUNDING, INC / PO BOX 64004 ST PAUL, MN 55164 | None | | Not Filed 12,000.00 |
| 409 | HSBC BANK / PO BOX 5253 CAROL STREAM, IL 60197 | None | | Not Filed 2,235.52 |
| 413 | FINANCIAL RECOVERY SERVICES, INC / PO BOX 385908 MINNEAPOLIS, MN 55438 | None | | Not Filed |
| 414 | WELLS FARGO / BANKRUPTCY DEPT 13675 TECHNOLOGY DR BLDG C 2ND FL / EDEN PRAIRIE, MN 55344 | None | | Not Filed 29,767.85 |
| 415 | WELLS FARGO DEALER SERVICES / PO BOX 1697 WINTERVILLE, NC 28590-1697 | None | | Not Filed |
| 416 | SOCIAL SECURITY ADMINISTRATION / CENTRAL OPERATIONS 1500 WOODLAWN DRIVE / BALTIMORE, MD 21241-1500 | None | | Not Filed 1,264.00 |
| | Total | 92,603.19 | ******* | |

PETER A ORVILLE ESQ
30 RIVERSIDE DRIVE
BINGHAMTON, NY 13905

2,968.00    Debtor's Attorney

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:   02/28/2014        /s/Jennifer Scrafford